**AFFIDAVIT**

Your Affiant, Jamaal A. Ansari, deposes and states:


1. Your Affiant, Jamaal A. Ansari is an employee of the United States Department of Justice (DOJ), Drug Enforcement Administration (DEA) within the meaning of Section 878(a) of Title 21, United States Code, that is an officer who is empowered by law to conduct investigations, make arrests, and seize property for violations of Title 18, United States Code and Title 21, United States Code.

2. Your Affiant is a Task Force Officer for the United States Department of Justice, Drug Enforcement Administration (DEA), and has been so employed for approximately seven years. Prior to becoming a Task Force Officer with DEA, your Affiant was employed as a Narcotic Detective with the Cleveland police Department for a period of twenty-one years. During your Affiant's employment with DEA, your Affiant has been assigned to the Cleveland Resident Office in Cleveland, Ohio.


**TRAINING AND EXPERIENCE**

3. Your Affiant has been involved in the investigation of various individuals and organizations involved in the manufacturing, distribution, and use of controlled substances. Your Affiant has conducted surveillance operations and has become familiar with the methods used by individuals engaged in the manufacturing, trafficking, and use of controlled substances. During your Affiant's employment with DEA as a Task Force Officer, your Affiant has on numerous occasions worked in an undercover capacity and made purchases of controlled substances; and has participated in the preparation of affidavits and the execution of numerous search and arrest warrants for violations of Federal Drug Laws contained in Title 21,United States Code. In addition, your Affiant has on numerous occasions, as a Task Force Officer  with DEA, made seizures of contraband, conveyance, currency, real property, drug paraphernalia, and firearms used in violation of Title 21, United States Code, Section 841. Your Affiant has successfully conducted numerous

investigations, which have resulted in the arrest(s) of
numerous drug traffickers and the seizure of significant
quantities of drugs, and drug related proceeds.

## PROBABLE CAUSE

1. On 2-22-06, at approximately 2:20 PM, S/A Lee Lucas
   and Capt Brian Heffernan met with a Source of
   Information, (herein after referred to as SOI).  The
   SOI made a tape recorded and monitored call to Robert
   Lee EVANS at the Rally's Restaurant located at the
   corner of Mayfield Road and Warrensville Center at
   (216)691-1077.

2. In summary, the SOI called EVANS who advised the SOI
   to come to the Rally's at about 4:45 PM and to bring
   $2,400.00.  Later this same date, the SOI telephoned
   TFO Jamaal Ansari and advised that he/she was at the
   Rally's with EVANS and that they could do the two
   ounce deal.  At this time, TFO Ansari (who was acting
   in an undercover capacity), took $2,400.00 that had
   the serial numbers previously recorded and a
   recording device.

3. At approximately 8:33 PM, Capt. Brian Heffernan
   observed TFO Ansari arrive at the Rally's.  Capt.
   Heffernan observed TFO Ansari meet the SOI.  TFO
   Ansari then walked to the window and went to his
   vehicle.  At approximately 8:37 PM, Capt Heffernan
   observed EVANS get into TFO Ansari's vehicle, which
   was parked in the Rally's parking lot.  EVANS then
   departed this vehicle and went back into the Rally's.
   TFO Ansari returned to the Rally's and gave the SOI
   the recording device.

4. At approximately 9:19 PM, Capt. Heffernan observed
   EVANS to enter his K car, Ohio tag number DRE-8900
   and depart.  This vehicle was followed to the area of
   East 70 Street and St Clair Avenue by S/A Lucas and
   Sgt. Ron Ross.  This vehicle was then lost.  Capt
   Heffernan retrieved the recording device from the
   SOI.

5. On 2-23-06, at approximately 12:34 AM, S/A Lucas
   observed EVANS return to Rally's, driving his

vehicle. EVANS got out of his vehicle and entered
the Rally's. At this time, a black male, later
identified as Anderson Baird, exited EVANS' vehicle
and went to the window. BAIRD then received some
food and went back to the K car.

6.  At approximately 12:51 PM, S/A Lucas observed EVANS
    to exit the Rally's and walk over to TFO Ansari. S/A
    Lucas observed EVANS toss something with his right
    hand to TFO Ansari. EVANS then departed in his
    vehicle. As EVANS arrived at TFO Ansari's vehicle,
    the SOI called S/A Lucas and advised that he/she had
    observed EVANS weigh the crack in the Rally's.

7.  TFO Ansari was given by EVANS's approximately 54
    gross grams of a substance that field tested positive
    for the presence of cocaine, and in your Affiant's
    experience, was consistent with crack cocaine.

8.  EVANS was followed for about 10 minutes and stopped
    by a police cruiser. EVANS was identified as the
    driver of the K car, and Anderson Baird was
    identified as the passenger.

9.  A criminal history check revealed that EVANS has
    prior arrest and conviction for drugs under FBI #
    363541HA6.

United States Magistrate Judge
Northern District of Ohio
Eastern Division

**CONCLUSION**

Based upon the above listed facts and circumstances, Your Affiant has probable cause to believe, and does believe that Robert Lee EVANS, did knowingly, and intentionally possess with intent to distribute cocaine base (crack cocaine), a Schedule II narcotic controlled substance, in the Northern District of Ohio, Eastern Division, in violation of Title 21 USC 841 (a)(1), (b)(1)(A).  Your Affiant requests that an arrest Warrant be issued for Robert Lee EVANS.

Jamaal Ansari
Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed before me this 6th day of March, 2006.

David S. Perelman
United States Magistrate Judge
Northern District of Ohio
Eastern Division